IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gonzalez, Francisco | Case Number: 08 B 07662 |
|---|---|---|
| | Sanchez, Irene P | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 3/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 332.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 310.42 |
| Trustee Fee: |  | 21.58 |
| Other Funds: |  | 0.00 |
| Totals: | 332.00 | 332.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 310.42 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 15,600.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 125.07 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 15.75 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 19.89 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 58.28 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 83.42 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 39.00 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 226.76 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 34.36 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 142.47 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Codilis & Associates | Secured | | No Claim Filed |
| 15. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 18,845.00 | $ 310.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 21.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gonzalez, Francisco  
        Sanchez, Irene P  
        Printed:  9/3/08

Case Number:  08 B 07662  
Judge:  Wedoff, Eugene R  
Filed:  3/31/08

_____
$ 21.58

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

